| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 19 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

HARJOT SINGH GREWAL,

        Petitioner,

  v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

No. 24-3688

Agency No. A059-505-773

ORDER

    Pursuant to the Joint Stipulation to Stay Proceedings (Docket Entry 36), this petition shall be held in abeyance pending the issuance of a mandate in *United States v. Gomez*, 115 F. 4th 987 (9th Cir. 2024), and a decision from the Board of Immigration Appeals on Petitioner's Motion to Reconsider and Terminate Proceedings, filed October 2, 2024. The parties shall contact the Circuit Mediator within 7 days after the later of these two events has occurred.

                              FOR THE COURT:

                              By: Steven J. Saltiel
                              Circuit Mediator